FILED
07 JAN -8 AM 8: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN S. RHOADES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06CR0178-JSR |
| Plaintiff, | DATE: JANUARY 15, 2006 |
| | TIME: 10:30 A.M. |
| v. | |
| VICENTE QUIDACHAY, | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| Defendant. | |

Upon application of the defendant, Mr. Quidachay, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all documents relied upon in determining Mr. Quidachay's prior law enforcement contacts.

**SO ORDERED.**

DATED: 1/4/07

HONORABLE JOHN S. RHOADES
United States District Judge